# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 68 WM 2016

v.

PAUL D. MORRISROE

: Court of Common Pleas of McKean
: County, Criminal Division, No. 451 CR
: 2015 – Change of Venire

## ORDER

**PER CURIAM**

**AND NOW**, this _3_ day of June, 2016, The Honorable John H. Pavlock of the Court of Common Pleas of McKean County having certified to this Court an Order for change of venire in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that a jury to try the above-named defendant shall be impaneled in Venango County in compliance with Pa.R.Crim.P. 584.

_Thomas B. Saylor_
Chief Justice